IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELISSA MYSCH**                                                                            **PLAINTIFF**

v.                          No. 3:25-cv-128-DPM

**JOHN HUTCHINS, in his individual and
official capacities as an officer for the City
of Cherokee Village, Arkansas**                                                    **DEFENDANT**

ORDER

1.  The Court notes Mysch's constitutional challenge embedded in *Doc. 11*. Mysch did not file a Federal Rule of Civil Procedure 5.1 notice. Fed. R. Civ. P. 5.1(a).

2.  The Court certifies to the Attorney General of Arkansas that Mysch has questioned the constitutionality of Ark. Code. Ann. § 21-9-301 in this case. 28 U.S.C. § 2403(b); Fed. R. Civ. P. 5.1(b).

3.  If the Attorney General wants to intervene in this case to defend this statute, he must do so by 3 December 2025.

4.  For good cause, Hutchins's motions for leave to file an out-of-time response and reply, *Doc. 14 & 16*, are granted. Response, *Doc. 15*, and reply, *Doc. 16-1*, deemed filed. In the future, any movant may reply within seven calendar days of the response.

So Ordered.

*D.P. Marshall Jr.*
*D.P. Marshall Jr.*
United States District Judge

3 October 2025