# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MELISSA MYSCH**                                                                                   **PLAINTIFF**

v.                               No. 3:25-cv-128-DPM

**JOHN HUTCHINS, in his individual and
official capacities as an officer for the City
of Cherokee Village, Arkansas**                                  **DEFENDANT**

## JUDGMENT

Mysch's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 January 2026